

**United States Department of Agriculture**

Farm Production and Conservation

Risk Management Agency

Beacon Facility
Mail Stop 0801
P.O. Box 419205
Kansas City,
MO  64141-6205

April 21, 2022

David A. Burt
Hawkins, Hawkins & Burt, LLP
501 South Ridgewood Avenue
Daytona Beach, FL 32114-4929
(386) 252-4499
davidburt@hawkinsandburt.com

Daniel N. Rosenstein
Levin & Rosenstein P.C.
9210 Corproate Boulevard
Suite 335
Rockville, MD 20850
(301) 208-1795
dan@levinrosenstein.com

**Subject:**  Request for Federal Crop Insurance Corporation (FCIC) Interpretation

**Crop Year:**  2020
**Crop:**  Onions
**Plan of Insurance:**  APH
**Requested Interpretation:**  Loss Adjustment Manual Standards Handbook Paragraphs 934 and 1234

Dear Mr. Burt and Mr. Rosenstein:

Thank you for your February 3 and 10, 2022, letters requesting a joint written interpretation of the 2020 Loss Adjustment Manual Standards Handbook regarding production to count when acreage is considered uninsured or unreported.

Please refer to the attached enclosure for FCIC's interpretation.

Sincerely,

RICHARD FLOURNOY
Digitally signed by RICHARD FLOURNOY
Date: 2022.04.21 10:17:40 -05'00'

Richard H. Flournoy
Deputy Administrator
Product Management

Enclosure                                                                                                          Page 2
FCIC Interpretation

**Federal Crop Insurance Corporation Interpretation**

**Subject:** Joint request dated February 3 and February 10, 2022, submitted to the Risk Management Agency (RMA) for a Federal Crop Insurance Corporation (FCIC) interpretation of Section 6 of the Common Crop Insurance Policy – Basic Provisions and Loss Adjustment Manual (LAM) Standards Handbook Paragraphs 934 (1)(b) and 1234.

**References:**

The Common Crop Insurance Policy – Basic Provisions state, in part:

*6. Report of Acreage*

    *(a)    An annual acreage report must be submitted to us on our form for each insured crop in the county on or before the acreage reporting date contained in the Special Provisions, except as follows:*

*\*\*\*\*\**

    *(c)    Your acreage report must include the following information, if applicable:*

        *(1)    The amount of acreage of the crop in the county (insurable and not insurable) in which you have a share and the date the insured crop was planted on the unit as follows:*

            *(i)    The last date any timely planted acreage was planted and the number of acres planted by such date; and*

            *(ii)    The date of planting and the number of acres planted per day for acreage planted during the late planting period (if you fail to report the number of acres planted on a daily basis, all acreage planted in the late planting period will be presumed to have been planted on the last day planting took place in the late planting period for the purposes of section 16)*

        *(2)    Your share at the time coverage begins;*

        *(3)    The practice;*

        *(4)    The type; and*

        *(5)    The land identifier for the crop acreage (e.g., legal description, FSA farm number or common land unit number if provided to you by FSA, etc.) as required on our form.*

    *(d)    Regarding the ability to revise an acreage report you have submitted to us:*

Enclosure Page 3
FCIC Interpretation

    (1)    *For planted acreage, you cannot revise any information pertaining to the planted acreage after the acreage reporting date without our consent (Consent may only be provided when no cause of loss has occurred; our appraisal has determined that the insured crop will produce at least 90 percent of the yield used to determine your guarantee or the amount of insurance for the unit (including reported and unreported acreage), except when there are unreported units (see section 6(f)); the information on the acreage report is clearly transposed; you provide adequate evidence that we or someone from USDA have committed an error regarding the information on your acreage report; or if expressly permitted by the policy);*

    \*\*\*\*\*

    (5)    *If the acreage report has been revised in accordance with section 6(d)(1), (2), or (3), the information on the initial acreage report will not be considered misreported for the purposes of section 6(g).*

    \*\*\*\*\*

(f)    *If you do not submit an acreage report by the acreage reporting date, or if you fail to report all units, we may elect to determine by unit the insurable crop acreage, share, type and practice, or to deny liability on such units. If we deny liability for the unreported units, your share of any production from the unreported units will be allocated, for loss purposes only, as production to count to the reported units in proportion to the liability on each reported unit. However, such production will not be allocated to prevented planting acreage or otherwise affect any prevented planting payment.*

The 2020 LAM procedures, as applicable:

**934**    ***Verifying & Accounting for Production Not to Count***

*There are times when production may not be counted as part of the total production of a unit. In order to enter production not to count on the PW, accurate records of such production must have been kept; i.e., it must have been measured or weighed (with available satisfactory scale records), unless load records or combine monitoring records as allowed by paragraph 1003 are applicable, before other production is added.*

    (1)    *Examples of production not counted when accurate records are provided:*
    \*\*\*\*\*

        (b)    *Harvested production from uninsured acreage whether stored or sold;*

\*\*\*\*\*

Enclosure Page 4
FCIC Interpretation

### *1234   Unreported Units*

(1)   *If the insured fails to report all units (acreage that could have been established as a separate unit), the insured's share of production from the acreage in the unreported unit will be allocated to the acreage in the reported unit(s) in proportion to the liability (do not include share) on the insured acreage on each reported unit.*

*****

**Interpretation Submitted**

First Requestor's Interpretation:

The first requestor interprets Paragraph 934 of the Loss Adjustment Standards to mean that if a policyholder provides accurate production records for an uninsured optional unit which is reported to the AIP in a timely filed acreage report and prior to any loss, the production from such optional unit is not to be allocated to the remaining optional units in determining the production to count for such remaining optional units.

Additionally, if a policyholder provides accurate production records for an uninsured optional unit which is reported to the AIP in a timely filed Acreage Report, Paragraph 1234 does not apply.

Second Requestor's Interpretation:

The second requestor contends that the procedures in section 934 apply only to production that is produced on acreage that is not insurable in accordance with section 9 of the Common Crop Insurance Policy and when the insured provides production records for such uninsurable acreage that is separate from the production records reflecting production from acreage that is insurable. In this instance, the production from uninsurable acreage is not allocated to the insurable acreage for purposes of a claim.

However, when production is produced on acreage that is reported on an amended Acreage Report that is not acceptable under section 6(d) and (f) of the Common Crop Insurance Policy and is not accepted by the company, such unit is "unreported" and the procedures in Paragraph 1234 of the LAM (Unreported Units) is applicable rather than Paragraph 934 of the LAM.

**Federal Crop Insurance Corporation Interpretation**

FCIC agrees with the second requestor and disagrees with the first requestor's interpretation submitted. There is a difference between "uninsured" acreage and "uninsurable" acreage. The first requestor's use of "uninsured" is not applicable. The policyholder is required to report all insurable and uninsurable acreage by the ARD. If all acreage is not reported by the ARD, the acreage not reported may be denied liability in accordance with section 6(f). If liability is denied, the production from the unreported units will be allocated in accordance with section 6(f) and paragraph 1234 of the LAM.

Enclosure Page 5
FCIC Interpretation

In accordance with section 20(a)(1)(i) of the CCIP Basic Provisions, this FCIC interpretation is binding in any mediation or arbitration. In accordance with section 20(a)(1)(i) of the CCIP Basic Provisions, any appeal of this interpretation must be in accordance with 7 C.F.R. part 11.