NAU Country Insurance Company
Southeast Compliance District
717 Green Valley Rd # 375, Greensboro, NC 27408
Phone: 336.450.5000  Toll: 855.392.5800  Fax: 763.201.1640
www.naucountry.com
*NAU Country Insurance Company is an equal opportunity provider.*

**NAU Country.**
A QBE Insurance Company

August 17, 2023

OSO Sweet Farms LLC
P.O. Box 815
Glennville, GA 30427

**Re: RMA Compliance Case ERCO-2020-00100 – Initial Finding**
   **MPCI Policy Number:** GA-9005775-20
   **Crops/County:** Onions in Tatnall County

Dear Insured,

We are pleased that you have placed your trust with NAU Country Insurance Company (NAU) to provide you the quality care and service that you deserve. NAU, along with our agents, continually strive for excellence in delivering the safety net to the American farmer.

As you may know, your NAU insurance policy is reinsured by the Federal Crop Insurance Corporation (FCIC) and is subject to review based on requirements contained in our Standard Reinsurance Agreement (SRA). The Risk Management Agency (RMA), Eastern Regional Compliance Office (ERCO) had opened a review and recently issued an initial finding on your policy for Onions in Tatnall County.

The ERCO has reviewed the 2020 Production Report and determined that it was created and signed after the production reporting date. As a result, reinsurance was denied on the policy, and premium has been refunded to you.

If you have any questions regarding this review process, please feel free to contact me at the number listed below.

Thank you for your business and cooperation.

Sincerely,

*Allyson Marshall*

Allyson Marshall
Regional Compliance Manager – Crop
NAU Country Insurance Company
Direct phone number: 478-297-4919
Email: allyson.marshall@naucountry.com

cc:   Newton Risk Management Agency
      Stephen Moss, Field Claims Manager
      Rebecca Hudson, VP Regional Marketing
      File


EXHIBIT A