AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OSO SWEET FARMS, LLC,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

      v.

CASE NUMBER: 4:23-cv-32

UNITED STATES DEPARTMENT OF AGRICULTURE, FEDERAL CROP INSURANCE CORPORATION, and RISK MANAGEMENT AGENCY,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 30, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed due to this Court's lack of jurisdiction over the parties' dispute. This action stands closed.

Approved by: _/s/ R. Stan Baker_____

January 30, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Jamie Hodge_____
(By) Deputy Clerk

GAS Rev 10/2020